## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2154     Assigned/Issued By: J. N.

Judge Name: GETTLEMAN     Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____     Receipt #: 2697737_____

Date Payment Rec'd: 4-16-08_____     Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                          ☐ Alias Summons
☐ Third Party Summons              ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                   _____
                                   _____
                                   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets      ☐ Other
☐ Writ _____          _____
    *(Type of Writ)*               _____
                                   *(Type of issuance)*

3_____ Original and 0_____ copies on 4-16-08_____ as to COPIAGUE FUNDING_____
                                        *(Date)*
CORPORATION; HOMECOMINGS FINANCIAL, LLC; BANK OF AMERICA_____
_____