**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:  08 C 2154 |
| LEE D. WEST and LYNN M. WEST, | |
|    Plaintiffs | |
| v. | |
| COPIAGUE FUNDING CORPORATION, et al., | |
|    Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Defendants HOMECOMINGS FINANCIAL, LLC f/k/a HOMECOMINGS FINANCIAL NETWORK, INC. (incorrectly named in this action), AURORA LOAN SERVICES, and MORTGAGE ELECTRONIC SYSTEMS, INC.

| |
|---|
| NAME (Type or print) |
| J. Matthew Goodin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ J. Matthew Goodin |
| FIRM |
| Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS |
| 111 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275013 | 312-443-0472 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐