### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LEE D. WEST and LYNN M. WEST, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 08 C 2154 |
| | ) | |
| COPIAGUE FUNDING CORPORATION, et al., | ) | Honorable Robert W. Gettleman |
| Defendants. | ) | |

### AGREED MOTION TO EXTEND TIME

Defendants Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.), Aurora Loan Services, and Mortgage Electronic Systems, Inc., by their counsel, J. Matthew Goodin (Locke Lord Bissell & Liddell, LLP), upon agreement with Plaintiff's counsel, Al Hofeld Jr. (Law Offices of Al Hofeld, Jr., LLC), respectfully request that the Court enter an order extending the deadline for Defendants to answer or otherwise plead in response to the complaint in this matter up to and including May 30, 2008. The parties have agreed to this extension of time so that they may discuss a potential resolution.

WHEREFORE, Defendants Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.), Aurora Loan Services, and Mortgage Electronic Systems, Inc. respectfully request entry of an order allowing Defendants up to and including May 30, 2008 to answer or otherwise plead in response to Plaintiffs' complaint.

> HOMECOMINGS FINANCIAL, LLC,
> AURORA LOAN SERVICES, and
> MORTGAGE ELECTRONIC SYSTEMS, INC.
>
> By: _____/s/ J. Matthew Goodin_____
> One of Their Attorneys

J. Matthew Goodin (6275013)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0472
jmgoodin@lockelord.com

CHI1 1488529v.1

## CERTIFICATE OF SERVICE

I, J. Matthew Goodin, certify that on May 9, 2008, I had a true copy of the preceding document filed with the Court and served via the court's electronic filing system.

<u>  /s/ J. Matthew Goodin  </u>

CHI1 1488529v.1