## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST, | ) |
|         Plaintiffs | ) |
| vs. | ) Case No. 08 C 2154 |
| COPIAGUE FUNDING CORPORATION, etc., et al., | ) Honorable Judge Gettleman |
|         Defendants | ) |

## NOTICE OF MOTION

TO:   Mr. Al Hofeld, Jr.
        Law Offices of Al Hofeld, Jr. LLC
        208 South LaSalle Street, Suite 1650
        Chicago, Illinois 60604

     PLEASE TAKE NOTICE that on Wednesday, May 14, 2008 at 9:15 a.m., I shall appear before the Honorable Judge Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Agreed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiffs' Complaint, a copy of which is attached hereby and hereby served upon you.

                                    HOMECOMINGS FINANCIAL, LLC,
                                    AURORA LOAN SERVICES and
                                    MORTGAGE ELECTRONIC SYSTEMS, INC.

                                    By:   /s/ J. Matthew Goodin
                                             One of Their Attorneys

J. Matthew Goodin
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0472
Fax: 312-896-6472
Email: jmgoodin@lockelord.com

CHI1 1488532v.1

## **CERTIFICATE OF SERVICE**

I, J. Matthew Goodin, certify that on May 9, 2008, I had a true copy of the preceding document filed with the Court and served via the court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　/s/ J. Matthew Goodin

CHI1 1488532v.1