UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lee D. West, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−02154
                                        Honorable Robert W. Gettleman

Copiague Funding Corporation, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

  MINUTE entry before the Honorable Robert W. Gettleman: Motion [7] of defendants Homecomings Financial, Aurora Loan and Mortgage Electronic for extension of time to 5/30/2008 to answer or otherwise plead is granted. Telephone notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.