IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEE D. WEST and LYNN M. WEST, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 08 C 2154 |
| | ) | |
| COPIAGUE FUNDING CORPORATION, et al., | ) | Hon. Robert W. Gettleman |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION TO EXTEND TIME

Defendants Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.) ("Homecomings"), Aurora Loan Services ("Aurora"), and Mortgage Electronic Systems, Inc. ("Mortgage Electronic"), by their counsel, J. Matthew Goodin (Locke Lord Bissell & Liddell, LLP), and Plaintiffs Lee D. West and Lynn M. West, by their counsel, Al Hofeld Jr. (Law Offices of Al Hofeld, Jr., LLC), respectfully request that the Court enter an order extending the deadline for Defendants to answer or otherwise plead in response to the complaint in this matter up to and including June 20, 2008.  This is the parties' second request for an extension of time.

This matter involves a single-count complaint for rescission pursuant to the Truth in Lending Act, 15 U.S.C. §§ 1601, *et seq.* ("TILA").  Although Defendants deny any violation of TILA, they have agreed to rescind the loans in question upon Plaintiffs' execution of a written settlement agreement and tender of amounts due on the loans net of credits Plaintiffs are entitled to under TILA.  Plaintiffs are in the process of obtaining substitute financing and will tender amounts due to complete the rescission.  The parties, believing that this can occur within 21 days and a resolution of this matter can be had, agree that this extension of time is appropriate and in the interest of judicial efficiency.

CHI1 1493994v.1

WHEREFORE, Defendants Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.), Aurora Loan Services, and Mortgage Electronic Systems, Inc., respectfully request entry of an order allowing Defendants up to and including June 20, 2008 to answer or otherwise plead in response to Plaintiffs' complaint.

        HOMECOMINGS FINANCIAL, LLC,
        AURORA LOAN SERVICES, and
        MORTGAGE ELECTRONIC SYSTEMS, INC.

        By: ____/s/ J. Matthew Goodin____
              One of Their Attorneys

J. Matthew Goodin (6275013)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0472
Fax: 312-896-6472
jmgoodin@lockelord.com

## **CERTIFICATE OF SERVICE**

  I, J. Matthew Goodin, certify that on May 30, 2008, I had a true copy of the preceding filed with the Court and served via the court's electronic filing system.

               /s/ J. Matthew Goodin