## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST,           ) | |
|                  Plaintiffs           ) | |
| vs.           ) | Case No. 08 C 2154 |
| COPIAGUE FUNDING CORPORATION, etc., et al.,           ) | Honorable Judge Gettleman |
|                  Defendants           ) | |

### NOTICE OF MOTION

TO:   Mr. Al Hofeld, Jr.
         Law Offices of Al Hofeld, Jr. LLC
         208 South LaSalle Street, Suite 1650
         Chicago, Illinois  60604

     PLEASE TAKE NOTICE that on Wednesday, June 4, 2008 at 9:15 a.m., I shall appear before the Honorable Judge Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Agreed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiffs' Complaint, a copy of which is attached hereby and hereby served upon you.

                                         HOMECOMINGS FINANCIAL, LLC,
                                         AURORA LOAN SERVICES and
                                         MORTGAGE ELECTRONIC SYSTEMS, INC.

                                         By:    /s/ J. Matthew Goodin
                                                    One of Their Attorneys

J. Matthew Goodin
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0472
Fax:  312-896-6472
Email: jmgoodin@lockelord.com

CHI1 1494839v.1

## CERTIFICATE OF SERVICE

I, J. Matthew Goodin, certify that on May 30, 2008, I had a true copy of the preceding filed with the Court and served via the court's electronic filing system.

            /s/ J. Matthew Goodin

CHI1 1494839v.1