# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LEE D. WEST and LYNN M. WEST, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2154 |
| | ) | |
| COPIAGUE FUNDING CORPORATION, et al., | ) | Honorable Robert W. Gettleman |
| Defendants. | ) | |

## AGREED MOTION TO EXTEND TIME

Defendant, Copiague Funding Corporation, by its counsel, John P. Duggan, Duggan Law Offices, upon agreement with Plaintiffs' Counsel, Al Hofeld, Jr. (Law Offices of Al Hofeld, Jr., LLC), respectfully request that the Court enter an order extending the deadline for Defendant to answer or otherwise plead in response to the complaint in this matter up to and including June 20, 2008.  The parties have agreed to this extension of time so that they may discuss a potential resolution.

WHEREFORE, Defendant, Copiague Funding Corporation, respectfully request entry of an order allowing Defendant up to and including June 20, 2008 to answer or otherwise plead in response to Plaintiffs' complaint.

                            COPIAGUE FUNDING CORPORATION

                            By:  /s/ John P. Duggan
                                one of its attorneys

JOHN P. DUGGAN
DUGGAN LAW OFFICES
181 S. Lincolnway
North Aurora, IL 60542
Telephone: (630) 264-7893
Fax: (630) 264-7893; Computer Fax: (877) 300-7451
Cell: (630) 222-2223
e-mail: dugganjpd@aol.com
ARDC No. 688223

**CERTIFICATE OF SERVICE**

    I, John P. Duggan, certify that on May 30, 2008, I had a true copy of the preceding document filed with the Court and served via the Court's electronic filing system.

                                                    /s/ John P. Duggan