**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST, )  | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 08 CV 2154 |
| ) | |
| COPIAGUE FUNDING CORPORATION, et al., ) | Honorable Robert W. Gettleman |
|     Defendants. ) | |

### NOTICE OF MOTION

TO:   Mr. Al Hofeld, Jr.                   J. Matthew Goodin
        Law Offices of Al Hofeld, Jr., LLC     Locke Lord Bissell & Liddell LLP
        208 South LaSalle Street, Suite 1650  111 South Wacker Drive
        Chicago, IL 60604                       Chicago, IL 60606

      PLEASE TAKE NOTICE that on Wednesday, June 4, 2008 at 9:15 a.m., I shall appear before the honorable Judge Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Agreed Motion to Extend Time to File Answer or Otherwise Plead to Plaintiffs' Complaint, a copy of which is attached hereby and hereby served upon you.

                                          COPIAGUE FUNDING CORPORATION

                                          By:     /s/ John P. Duggan
                                                     one of its attorneys

JOHN P. DUGGAN
DUGGAN LAW OFFICES
181 S. Lincolnway
North Aurora, IL 60542
Telephone: (630) 264-7893
Fax: (630) 264-7893; Computer Fax: (877) 300-7451
Cell: (630) 222-2223
e-mail: dugganjpd@aol.com
ARDC No. 688223

## CERTIFICATE OF SERVICE

    I, John P. Duggan, certify that on May 30, 2008, I had a true copy of the preceding document filed with the Court and served via the Court's electronic filing system.

                                                         /s/ John P. Duggan