IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | No. 08 C 2154 |
| ) | |
| COPIAGUE FUNDING CORPORATION, ) | Hon. Robert W. Gettleman |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES
12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.) ("Homecomings"), Aurora Loan Services ("Aurora"), and Mortgage Electronic Systems, Inc. ("Mortgage Electronic"), by their counsel, J. Matthew Goodin (Locke Lord Bissell & Liddell, LLP), respectfully move this Court for an order dismissing Plaintiffs' Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of its Motion, Homecomings states as follows:

**FACTUAL BACKGROUND**

1. On or about April 14, 2008, Homecomings received a letter from Plaintiffs' counsel dated April 10, 2008, containing a Notice of Rescission for two mortgage transactions that closed on September 15, 2006. (*See* Compl. at Exs. E-P (loan transaction documents reflecting date of closing) and Q (Notice of Rescission)). The Notice of Rescission stated that the borrowers had elected to rescind their loans pursuant to the Truth in Lending Act, 15 U.S.C. §§ 1601, *et seq.* ("TILA").

2.   On April 16, 2008—just six days after the Notice of Rescission was dispatched—Plaintiffs initiated this action seeking, among other forms of relief, rescission of the subject loans, statutory damages, actual damages, and attorneys fees and costs, pursuant to sections 1635 and 1640 of TILA. (Compl. at 11).

3.   On April 30, 2008—within twenty days of the date counsel *dispatched* the Notice of Rescission—Homecomings' counsel sent a letter to Plaintiffs' counsel (a) acknowledging receipt of Plaintiffs' Notice, (b) accepting rescission subject to tender of amounts set forth in the letter and execution of a settlement agreement, and (c) enclosing account histories for the subject loans so that Plaintiffs' counsel may confirm the required tender amounts. (*See* counsel's April 30, 2008 letter attached hereto as *Exhibit 1*).[1]

4.   Plaintiffs' counsel and counsel for Homecomings have maintained a running dialogue since shortly after Homecomings received the Notice of Rescission and Plaintiffs' counsel has repeatedly affirmed his clients' intent to obtain substitute financing and proceed with the rescission. (*See* example e-mail exchange between counsel attached hereto as *Exhibit 2*). However, despite the parties having sought and obtained two extensions of time from the Court in order to complete the rescission process, Plaintiffs have refused to execute a proposed settlement agreement that would give them sixty days from the date of execution to complete the rescission, and have failed to confirm their ability to tender or the anticipated date they will do so. Plaintiffs have also refused to voluntarily dismiss this action. Homecomings is left with no choice but to proceed with this Motion.

---

[1] Counsel's April 30 letter also noted Homecomings' objection to Plaintiffs' commencement of this action less than one week after the Notice of Rescission was sent and demanded immediate dismissal of the lawsuit pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**ARGUMENT**

I. **PLAINTIFFS' CLAIMS FOR STATUTORY DAMAGES AND ATTORNEY FEES ARE TIME BARRED AND SHOULD BE DISMISSED PURSUANT TO RULE 12(b)(6).**

5. TILA actions for damages must be brought within one year of the alleged violation. 28 U.S.C. § 1640(e). The date of the violation in the context of a mortgage transaction is the date the transaction is consummated or "closed"—the date the borrower executes and becomes obligated under the loan documents *See* 12 C.F.R. § 226.2(a)(13); *Streit v. Fireside Chrysler-Plymouth, Inc.*, 697 F.2d 193, 196 (7th Cir. 1983); *Dowdy v. First Metropolitan Mortgage Co.,* No. 01 C 7211, 2002 WL 745851, *2. (N.D. Ill. Jan. 29, 2002). TILA actions for damages brought more than one year after the date of the violation are time barred unless the complaint alleges failure to rescind after a notice of rescission as a separate violation of TILA. *See Greer v. Bank One*, No. 01 C 7352, 2002 WL 1732366, *2-3 (N.D. Ill. July 25, 2002); *see also Dowdy,* 2002 WL 745851 at *2.

6. In this case, Plaintiffs' loan transactions closed more than one year prior to the filing of this action—on September 15, 2006. (Compl. Exhs. E-P). Homecomings accepted Plaintiffs' Notice of Rescission and began the rescission process within the twenty-day period afforded by TILA. *See Personius v. HomeAmerican Credit, Inc.*, 234 F.Supp. 2d 817, 819-20 (N.D. Ill. 2002) (noting that TILA and its implementing Regulation Z only require that the rescission process be commenced within twenty days). Accordingly, Plaintiffs' claims for statutory damages, actual damages, attorney fees, and any other form of relief sought pursuant to section 1640 of TILA are untimely and should be dismissed with prejudice.

## II. PLAINTIFFS' CLAIMS FOR RESCISSION SHOULD BE DISMISSED PURSUANT TO RULE 12(b)(1) BECAUSE HOMECOMINGS TIMELY ACCEPTED PLAINTIFFS' DEMAND FOR RESCISSION.

7. Plaintiffs claim for rescission of the loan transactions is also defective, and should be dismissed with prejudice, because Homecomings accepted Plaintiffs' rescission demand. The law in this jurisdiction is clear—when a defendant offers to satisfy a plaintiff's entire demand, there is no dispute to litigate and the case should be terminated. *Rand v. Monsanto Co.*, 926 F.2d 596, 598 (7th Cir. 1991). Plaintiffs may not insist on litigating after a defendant offers to provide all the relief the plaintiff is entitled to recover. *Alliance to End Repression v. City of Chicago*, 820 F.2d 873, 878 (7th Cir. 1987); *Holstein v. City of Chicago*, 803 F.Supp. 205, 209 (N.D. Ill. 1992), *aff'd* 29 F.3d 1145 (7th Cir.1994).

8. In this case, Homecomings has offered to satisfy Plaintiffs' demand for rescission of the subject mortgage loans. It has acknowledged Plaintiffs' Notice of Rescission, identified the amounts Plaintiffs are required to tender in order to complete the transaction, and requested a reasonable settlement agreement that memorializes the terms of the transaction. Homecomings has agreed to release its mortgages and terminate Plaintiffs' obligations simultaneously with Plaintiffs' tender of the required amounts. There is nothing more that Homecomings can do to satisfy Plaintiffs. Plaintiffs' Complaint is therefore moot and should be dismissed.

WHEREFORE, Defendants Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.), Aurora Loan Services, and Mortgage Electronic Systems, Inc., respectfully request that this Court enter an order dismissing Plaintiffs' Complaint with prejudice

pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and awarding such further relief as this Court deems just and appropriate.

**Dated:**  June 20, 2008                                      **HOMECOMINGS FINANCIAL, LLC,**
                                                                **AURORA LOAN SERVICES, and**
                                                                **MORTGAGE ELECTRONIC SYSTEMS, INC.**

                                                                By:    /s/ J. Matthew Goodin
                                                                           One of Their Attorneys


J. Matthew Goodin (6275013)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0472
Fax:  312-896-6472
jmgoodin@lockelord.com

## **CERTIFICATE OF SERVICE**

I, J. Matthew Goodin, certify that on June 20, 2008, I had a true copy of the preceding document filed with the Court and served via the court's electronic filing system.

                                                       /s/ J. Matthew Goodin

# EXHIBIT 1



**LLB&L**

Locke Lord Bissell & Liddell LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

J. Matthew Goodin
Direct Telephone: 312-443-0472
Direct Fax: 312-896-6472
mgoodin@lockelord.com

April 30, 2008

**VIA HAND DELIVERY**

Mr. Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 South LaSalle Street
Suite 1650
Chicago, Illinois 60604
al@alhofeldlaw.com

**Re:** *West v. Copiague Funding, et al.*, Case No. 08 C 2154 (N.D. Ill.)

Dear Al:

As indicated in my previous letter of April 22, 2008, we represent the Defendants in the above-referenced lawsuit and in connection with your clients' demand for rescission of the mortgage loans referenced in your April 10, 2008 correspondence to our clients.

As an initial matter, I would like to address your clients' lawsuit, which was initiated on April 16, 2008—just six days after a written demand for rescission was made, or two weeks before the 20-day time period afforded creditors to begin the rescission process under Section 1635(b) of Truth in Lending Act ("TILA") was to expire. The lawsuit is premature, constitutes a patent violation of Rule 11 of the Federal Rules of Civil Procedure, and should be dismissed immediately. There is no basis for the filing of a lawsuit until a demand for rescission has been made and a creditor has failed to take steps to initiate the rescission process within the required time period.

With regard to the demand for rescission itself, our clients deny that any violation of TILA occurred in connection with the transactions at issue. However, in order to avoid the expense of litigation, they are willing to rescind the loans in question. Please be advised that the rescission process has been initiated per your clients' request. In order to complete rescission of the first mortgage loan in the original principal amount of $300,000.00, your clients must tender the following amounts to Homecomings Financial, LLC ("Homecomings"), together with an executed copy of a settlement agreement and release:

| FIRST MORTGAGE LOAN | | |
|---|---|---|
| Original principal balance: | | $300,000.00 |
| Principal paid: | | $0.00 |
| Interest paid: | $20,676.28 | |

Atlanta, Austin, Boston, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC

CHI1 1484328v.3

Mr. Al Hofeld, Jr.
April 30, 2008
Page 2

| | | |
|---|---|---|
| Closing costs: | $2,860.43 | |
| Total paid by borrower: | | $23,536.71 |
| **Total Amount to Rescind** | | **$276,463.29** |

With regard to the second mortgage loan in the original principal amount of $15,000.00, we are in the process of confirming payment activity on the loan and will provide an up-to-date rescission calculation shortly. However, the following reflects an *estimated* calculation based on information currently available to us:

| **SECOND MORTGAGE LOAN** | | |
|---|---|---|
| Original principal balance: | | $15,000.00 |
| Principal paid: | | $60.34 |
| Interest paid: | $2,369.88 | |
| Closing costs: | $1,102.06 | |
| Total paid by borrower: | | $3,471.94 |
| **Total Amount to Rescind:** | | **$11,467.72** |

I am enclosing a copy of the account histories for the loans so that you may verify the computations above. Additional documents relating to the second mortgage will follow. You are already in possession of the HUD-1s, which reflect the closing costs your clients paid in connection with each loan.

Please confirm that we are in agreement as to the rescission amounts and that your clients intend to move forward with the rescission as soon as possible. Upon tender of the required amounts, along with the referenced settlement agreement and release, our clients will consummate the termination of their security interests. Please let us know if you have any objection to this procedure for completing the rescission of your clients' loans.

Very truly yours,

LOCKE LORD BISSELL & LIDDELL LLP

*[signature]*

J. Matthew Goodin

JMG:k
Enclosures

```
Homecomings Financial, LLC                                    PAGE        1
P.O. Box 205                                                  DATE 04/22/08

Waterloo            IA 50704
                                         HISTORY FOR ACCOUNT 7470247396


           -------- MAIL --------------------- --------- PROPERTY ----------------

      LEE D WEST
      LYNN M WEST
      708 OAKWOOD DR                       708 OAKWOOD DR

      WESTMONT              IL 60559    WESTMONT              IL 60559

      ------ DATES ------   ---- CURRENT BALANCES -----   ------- UNCOLLECTED -------
   PAID TO    03/01/08   PRINCIPAL            0.00    LATE CHARGES           0.00
   NEXT DUE   04/01/08   ESCROW               0.00    OPTIONAL INS           0.00
   LAST PMT   03/22/08   UNAPPLIED FUND       0.00    INTEREST               0.00
   AUDIT DT   09/22/06   UNAPPLIED CODES              FEES                   0.00
                         BUYDOWN   FUND       0.00    ------ YEAR TO DATE -------
      LAST ACTIVITY      BUYDOWN   CODE               INTEREST            6390.97
         04/01/08                                     TAXES                  0.00
   ---------------------------------------------------------------------------

    POST   TRN   DUE     TRANSACTION       PRINCIPAL       INTEREST        ESCROW
    DATE   CDE   DATE      AMOUNT            PAID            PAID           PAID
    ------ ---   ------  -------------    -------------   -------------   -------------
    092206 AA    100106             .00             .00          271.23             .00
                         BAL AFTER       300000.00                              00.00
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    092606 SR    100106         1289.85             .00             .00        1289.85
                         BAL AFTER       300000.00                            1289.85
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    102606 RP    110106         1503.90          323.95          750.00         429.95
                         BAL AFTER       299676.05                            1719.80
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    103106 PR0   100106        -1503.90         -323.95         -750.00        -429.95
                         BAL AFTER       300000.00                            1289.85
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    103106 AA    100106             .00             .00             .00       -1289.85
                         BAL AFTER       300000.00                              00.00
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    103106 AA    100106             .00             .00             .00        1289.85
                         BAL AFTER       300000.00                            1289.85
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    103106 RP    110106         1503.90          323.95          750.00         429.95
                         BAL AFTER       299676.05                            1719.80
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    121106 RP    120106         1503.90         -986.32         2060.27         429.95
                         BAL AFTER       300662.37                            2149.75
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00
    010307 RP    010107         1503.90         -993.10         2067.05         429.95
      LC DATE    010207  BAL AFTER       301655.47                            2579.70
                         OPTIONAL INS BAL     00.00   LATE CHARGE BAL        00.00


     SB017578
```

```
HISTORY FOR ACCOUNT   7470247396                              PAGE         2
                                                              DATE 04/22/08


         -------- MAIL ------------------- -------- PROPERTY ---------------

         LEE D WEST
         LYNN M WEST
         708 OAKWOOD DR                     708 OAKWOOD DR

         WESTMONT           IL 60559        WESTMONT           IL 60559

-----------------------------------------------------------------------------
 POST  TRN  DUE    TRANSACTION     PRINCIPAL        INTEREST        ESCROW
 DATE  CDE  DATE     AMOUNT          PAID             PAID           PAID
 ----  ---  ----   -----------     ---------        --------        ------
 020607 RP 020107      1539.72      -1031.35         2105.30         465.77
                   BAL AFTER       302686.82                        3045.47
                   OPTIONAL INS BAL     00.00   LATE CHARGE BAL       00.00
 030507 RP 030107      1539.72      -1038.55         2112.50         465.77
   LC DATE  030207  BAL AFTER       303725.37                        3511.24
                   OPTIONAL INS BAL     00.00   LATE CHARGE BAL       00.00
 033007 RP 040107      1539.72      -1045.80         2119.75         465.77
                   BAL AFTER       304771.17                        3977.01
                   OPTIONAL INS BAL     00.00   LATE CHARGE BAL       00.00
 042607 M20 040107      -470.00          .00              .00       -470.00
                   BAL AFTER       304771.17                        3507.01
                   OPTIONAL INS BAL     00.00   LATE CHARGE BAL       00.00
 043007 RP 050107      1539.72      -1084.85         2158.80         465.77
   LC DATE  042807  BAL AFTER       305856.02                        3972.78
                   OPTIONAL INS BAL     00.00   LATE CHARGE BAL       00.00
 050807 E90 050107     -2480.97  PAYEE = 0022.00000       .00       -2480.97
                   BAL AFTER       305856.02                        1491.81
 T:32687     /B:001 OPTIONAL INS BAL    00.00   LATE CHARGE BAL       00.00
 061407 AP 060107      1539.72      -1092.53         2166.48         465.77
    REF NUMBER      000000000000 DESC
                   BAL AFTER       306948.55                        1957.58
 T:00607   E/B:001 OPTIONAL INS BAL     00.00   LATE CHARGE BAL       00.00
 061407 FB 060107          7.50 171 SPEEDPAY FEE
 T:00607     /B:000
 061407 FEA 060107         7.50 171 SPEEDPAY FEE
                   000000000000
 T:00607     /B:001
 071607 AP 070107      1539.72      -1100.27         2174.22         465.77
    REF NUMBER      000000000000 DESC
   LC DATE  071407  BAL AFTER       308048.82                        2423.35
 T:00607   E/B:001                      00.00                         00.00
 071607 FB 070107          7.50 171 SPEEDPAY FEE
   LC DATE  071407
 T:00607     /B:000
```

SBO17578

```
HISTORY FOR ACCOUNT    7470247396                                  PAGE        3
                                                                   DATE 04/22/08


        --------- MAIL --------------------- --------- PROPERTY ----------------

        LEE D WEST
        LYNN M WEST
        708 OAKWOOD DR                          708 OAKWOOD DR

        WESTMONT            IL 60559         WESTMONT            IL 60559


 POST  TRN   DUE    TRANSACTION      PRINCIPAL        INTEREST        ESCROW
 DATE  CDE   DATE   AMOUNT           PAID             PAID            PAID

 071607 FEA 070107         7.50 171 SPEEDPAY FEE
   REF NUMBER    000000000000 DESC
   LC DATE   071407
 T:00607   /B:001
 072307 SRA 070107        44.51           .00              .00           44.51
                    SG0LNJBBVR18
   LC DATE   072107 BAL AFTER      308048.82                           2467.86
 T:00405  P/B:001                      00.00                             00.00

 080307 E90 070107     -2480.97  PAYEE = 0022.00000        .00        -2480.97
                    BAL AFTER      308048.82                            -13.11
 T:32687   /B:001                      00.00                             00.00
 081007 GRU 000000 000000 GRACE UNAP AMT:         .00
   REF NUMBER    SG0LS7L2AHSV DESC
 081007 AP  080107      1539.72      -1108.06         2182.01           465.77
                    BAL AFTER      309156.88                            452.66
 T:00330  K/B:001                      00.00                             00.00

 082707 AMC 090107   INTEREST RATE CHG OLD     8.50000   NEW     8.37500
   REF NUMBER    SG0M0EICQTE6 DESC
                    BAL AFTER      309156.88                            452.66
                    OPTIONAL INS BAL    00.00 LATE CHARGE BAL            00.00
 082707 AP  090107      1526.60      -1115.91         2189.86           452.65
                    BAL AFTER      310272.79                            905.31
 T:00330  K/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL            00.00


 092807 AP  100107      1526.60      -1091.50         2165.45           452.65
   REF NUMBER    SG0M8OGGLVST DESC
                    BAL AFTER      311364.29                           1357.96
 T:00330  K/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL            00.00
 103007 RT  100107     -1357.96           .00              .00        -1357.96
   LC DATE   100107 BAL AFTER      311364.29                             00.00
 T:22023   /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL            00.00




 SBO17578
```

```
HISTORY FOR ACCOUNT   7470247396                                    PAGE        4
                                                                    DATE 04/22/08


           --------- MAIL ---------------------- --------- PROPERTY -----------------

           LEE D WEST
           LYNN M WEST
           708 OAKWOOD DR                         708 OAKWOOD DR

           WESTMONT            IL 60559   WESTMONT              IL 60559

-----------------------------------------------------------------------------
 POST  TRN  DUE     TRANSACTION      PRINCIPAL       INTEREST       ESCROW
 DATE  CDE  DATE      AMOUNT           PAID            PAID          PAID
 ----- ---  ------  -----------     ----------     -----------    ----------
 103007 ITR 100107  OLD INV 90412    86 P-BAL    311364.29 INT              .00
                    NEW INV 90615     1  PERCENT OWNED   .0000 ACTION CD 000
                    BAL AFTER         311364.29                      00.00
 T:22023    /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00
 103007 PT  100107          1357.96        .00            .00      1357.96
   LC DATE  100107  BAL AFTER         311364.29                    1357.96
 T:22023    /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00


 111607 AP  110107          1526.60    -1099.11       2173.06       452.65
    REF NUMBER      000000000000 DESC
                    BAL AFTER         312463.40                    1810.61
 T:00607   E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00
 111607 FB  110107             7.50 171 SPEEDPAY FEE
                    SG0MKSQGHHI8
 T:00607    /B:000


 111607 FEA 110107             7.50 171 SPEEDPAY FEE
    REF NUMBER      000000000000 DESC
 T:00607    /B:001
 120807 AMC 120107  INTEREST RATE CHG OLD     8.37500    NEW     8.25000
    REF NUMBER      SG0MQBAQ0RKS DESC
                    BAL AFTER         312463.40                    1810.61
                    OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00


 120807 AP  120107          1526.60    -1106.78       2180.73       452.65
                    BAL AFTER         313570.18                    2263.26
 T:00330   K/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00
 011108 AMC 010108  INTEREST RATE CHG OLD     8.25000    NEW     8.12500
    REF NUMBER      SG0N359G2H9A DESC
                    BAL AFTER         313570.18                    2263.26
                    OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00




 SB017578
```

```
HISTORY FOR ACCOUNT   7470247396                                PAGE       5
                                                                DATE 04/22/08

         --------- MAIL ----------------------  -------- PROPERTY ----------------

         LEE D WEST
         LYNN M WEST
         708 OAKWOOD DR                         708 OAKWOOD DR

         WESTMONT            IL 60559           WESTMONT              IL 60559


  -----------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION     PRINCIPAL         INTEREST        ESCROW
  DATE  CDE  DATE     AMOUNT          PAID              PAID           PAID
  ----- ---  ------ --------------- -------------    -------------   -------------
  011108 AP  010108         1526.60     -1081.84          2155.79         452.65
                     BAL AFTER        314652.02                          2715.91
  T:00330   K/B:001  OPTIONAL INS BAL     00.00   LATE CHARGE BAL         00.00
  021408 RT  010108        -2715.91         .00               .00       -2715.91
     LC DATE 010108  BAL AFTER        314652.02                           00.00
  T:25102   /B:000   OPTIONAL INS BAL     00.00   LATE CHARGE BAL         00.00
  021408 ITR 010108  OLD INV 90615   1 P-BAL      314652.02 INT              .00
                     NEW INV 90415   1 PERCENT OWNED   .0000 ACTION CD 000
                     BAL AFTER        314652.02                           00.00
  T:25102   /B:000   OPTIONAL INS BAL     00.00   LATE CHARGE BAL         00.00
  021408 PT  010108         2715.91         .00               .00        2715.91
     LC DATE 010108  BAL AFTER        314652.02                          2715.91
  T:25102   /B:000   OPTIONAL INS BAL     00.00   LATE CHARGE BAL         00.00
  030508 UI  020108             .00         .00               .00            .00
                     BAL AFTER        314652.02                          2715.91
                     OPT PREMIUMS             .00   LATE CHARGE PYMT     -53.69*
  T:00330   K/B:001  OPTIONAL INS BAL     00.00   LATE CHARGE BAL        -53.69


  030508 AMC 020108    INTEREST RATE CHG OLD      8.12500   NEW     8.00000
                     BAL AFTER        314652.02                          2715.91
                     OPTIONAL INS BAL     00.00   LATE CHARGE BAL        -53.69
  030508 AP  020108         1526.60     -1056.51          2130.46         452.65
                     BAL AFTER        315708.53                          3168.56
  T:00330   K/B:001  OPTIONAL INS BAL     00.00   LATE CHARGE BAL        -53.69
  030508 UFU 020108   UNAPPLIED FUNDS (1)            53.69  BALANCE        53.69
     REF NUMBER       SG0NGNLM7OV3 DESC
                     BAL AFTER        315708.53                          3168.56
  T:00330   /B:001   OPTIONAL INS BAL     00.00   LATE CHARGE BAL        -53.69
  030508 SWA 020108           53.69         .00               .00            .00
                     BAL AFTER        315708.53                          3168.56
  T:00330   K/B:001  OPTIONAL INS BAL     00.00   LATE CHARGE BAL        -53.69
  032208 UI  030108             .00         .00               .00            .00
     REF NUMBER       SG0NL0EHVARA DESC
                     BAL AFTER        315708.53                          3168.56
                     OPT PREMIUMS             .00   LATE CHARGE PYMT      53.69*
  T:00330   K/B:001  OPTIONAL INS BAL     00.00   LATE CHARGE BAL         00.00



  SB017578
```

```
HISTORY FOR ACCOUNT   7470247396                                    PAGE         6
                                                                    DATE 04/22/08


          --------- MAIL --------------------- --------- PROPERTY ----------------

          LEE D WEST
          LYNN M WEST
          708 OAKWOOD DR                          708 OAKWOOD DR

          WESTMONT              IL 60559       WESTMONT              IL 60559


 POST  TRN   DUE    TRANSACTION      PRINCIPAL         INTEREST         ESCROW
 DATE  CDE   DATE     AMOUNT           PAID              PAID            PAID
 ----  ---  ------  -----------     ----------       -----------       ---------
 032208 AMC 030108  INTEREST RATE CHG OLD    8.00000   NEW     7.75000
                    BAL AFTER         315708.53                         3168.56
                    OPTIONAL INS BAL      00.00  LATE CHARGE BAL          00.00
 032208 UFU 030108  UNAPPLIED FUNDS (1)              -53.69  BALANCE           0.00
                    BAL AFTER         315708.53                         3168.56
 T:00330    /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL          00.00
 032208 AP  030108            1580.29   -1030.77           2104.72         452.65
                    BAL AFTER         316739.30                         3621.21
                    OPT PREMIUMS             .00  LATE CHARGE PYMT        107.38
 T:00330  K/B:001   OPTIONAL INS BAL      00.00  LATE CHARGE BAL          00.00
 040108 SVT 030108          -3621.21        .00              .00        -3621.21
                    BAL AFTER         316739.30                           00.00
 T:32580    /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL          00.00
 040108 SV  030108             .00   -316739.30              .00             .00
                    BAL AFTER            00.00                            00.00
 T:32580    /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL          00.00



END OF HISTORY

    SB017578
```

```
Homecomings Financial, LLC                                    PAGE        1
P.O. Box 205                                                  DATE 04/22/08

Waterloo              IA 50704
                                       HISTORY FOR ACCOUNT 7305459240

          -------- MAIL --------------------  -------- PROPERTY ---------------

     LEE WEST

     708 OAKWOOD DR                        708 OAKWOOD DR

         WESTMONT              IL 60559    WESTMONT              IL 60559

      ------ DATES ------   ---- CURRENT BALANCES -----   ------- UNCOLLECTED -------
     PAID TO    06/01/07  PRINCIPAL          0.00  LATE CHARGES         0.00
     NEXT DUE   07/01/07  ESCROW             0.00  OPTIONAL INS         0.00
     LAST PMT   04/28/07  UNAPPLIED FUND     0.00  INTEREST             0.00
     AUDIT DT   09/25/06  UNAPPLIED CODES          FEES                 0.00
                          BUYDOWN    FUND    0.00  ------ YEAR TO DATE -------
       LAST ACTIVITY      BUYDOWN    CODE          INTEREST             0.00
           06/01/07                                TAXES                0.00
     --------------------------------------------------------------------------

     POST   TRN  DUE       TRANSACTION      PRINCIPAL      INTEREST       ESCROW
     DATE   CDE  DATE      AMOUNT           PAID           PAID           PAID
     ------ ---  ------    -------------    -------------  -------------  -------------
     102506 RP   110106          126.40           7.34          119.06           .00
                           BAL AFTER          14992.66                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     120806 RP   120106          126.40           7.40          119.00           .00
       LC DATE   120706    BAL AFTER          14985.26                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     121206 AA   120106             .00            .00           43.06           .00
                           BAL AFTER          14985.26                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     010307 RP   010107          126.40           7.45          118.95           .00
       LC DATE   010207    BAL AFTER          14977.81                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     020907 RP   020107          126.40           7.51          118.89           .00
       LC DATE   020807    BAL AFTER          14970.30                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     030507 RP   030107          126.40           7.57          118.83           .00
       LC DATE   030207    BAL AFTER          14962.73                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     030507 RP   040107          126.40           7.63          118.77           .00
       LC DATE   030207    BAL AFTER          14955.10                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     033007 RP   050107          126.40           7.69          118.71           .00
                           BAL AFTER          14947.41                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
     043007 RP   060107          126.40           7.75          118.65           .00
       LC DATE   042807    BAL AFTER          14939.66                         00.00
                           OPTIONAL INS BAL     00.00  LATE CHARGE BAL       00.00
```

SBO17578

```
HISTORY FOR ACCOUNT  7305459240                                    PAGE         2
                                                                   DATE 04/22/08


          -------- MAIL -------------------- --------- PROPERTY ----------------

          LEE WEST

          708 OAKWOOD DR                    708 OAKWOOD DR

          WESTMONT           IL 60559       WESTMONT              IL 60559

  --------------------------------------------------------------------------
  POST   TRN  DUE    TRANSACTION    PRINCIPAL         INTEREST        ESCROW
  DATE   CDE  DATE   AMOUNT         PAID              PAID            PAID
  ------ ---  ------ -------------- ---------------   --------------  --------------
  060107 SVT  060107           .00             .00              .00             .00
                     BAL AFTER           14939.66                           00.00
  T:32580     /B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL          00.00
  060107 SV   060107           .00       -14939.66              .00             .00
                     BAL AFTER              00.00                           00.00
  T:32580     /B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL          00.00



END OF HISTORY

    SB017578
```

# EXHIBIT 2

Case 1:08-cv-02154 Document 16-3 Filed 06/20/2008 Page 1 of 2

## Goodin, Matthew

**From:** Al Hofeld [al@alhofeldlaw.com]
**Sent:** Friday, May 09, 2008 9:27 AM
**To:** Goodin, Matthew
**Subject:** RE: West v. Copiague Funding, et al.

Matt,

I will check on my client's progress in getting approved. We intend to move forward - he started the process the day after we received your letter. But hold off on drafting the agreement – I want to make sure he can get approved first. Your calculation of the final tender amount would be appreciated. Have you sent me the servicing history so that I can confirm the figures for myself? Thanks.

I am happy to give you an extension. Just let me know how much time you need. I would say 2-3 weeks is enough time to know whether my clients can get approved. You can call the motion agreed.

**From:** Goodin, Matthew [mailto:JMGoodin@lockelord.com]
**Sent:** Friday, May 09, 2008 8:35 AM
**To:** Al Hofeld
**Subject:** RE: West v. Copiague Funding, et al.

Al-

It occurred to me this morning that I haven't heard back from you on this matter, that the case has not been dismissed as requested, and that we probably have an answer date approaching. I should be able to get you a final tender amount today and will send over a settlement agreement and release reflecting the amount as soon as I do. In the meantime, please confirm that your clients intend to move forward with the rescission as requested. Give me a call if you would like to discuss the timeframe my client is willing to allow to complete the tender.

Also, unless you will be filing a stipulation of dismissal today, I believe we will need to file some type of motion to extend the response date on the complaint.

Matt