**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 08 C 2154 |
| ) | |
| COPIAGUE FUNDING CORPORATION, ) | Hon. Robert W. Gettleman |
| etc., et al., ) | |
| ) | |
| Defendants ) | |

**NOTICE OF MOTION**

TO:  Mr. Al Hofeld, Jr.                           Mr. John P. Duggan
     Law Offices of Al Hofeld, Jr. LLC            Duggan Law Offices
     208 South LaSalle Street, Suite 1650         181 South Lincolnway
     Chicago, Illinois  60604                     North Aurora, Illinois 60542

 PLEASE TAKE NOTICE that on Wednesday, June 25, 2008 at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendants' Motion to Dismiss, a copy of which is attached hereby and hereby served upon you.

                              **HOMECOMINGS FINANCIAL, LLC,**
                              **AURORA LOAN SERVICES and**
                              **MORTGAGE ELECTRONIC SYSTEMS, INC.**

                              By:    /s/ J. Matthew Goodin
                                     One of Their Attorneys

J. Matthew Goodin
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0472
Fax:  312-896-6472
Email: jmgoodin@lockelord.com

CHI1 1501204v.1

**CERTIFICATE OF SERVICE**

  I, J. Matthew Goodin, certify that on June 20, 2008, I had a true copy of the preceding filed with the Court and served via the court's electronic filing system.


              /s/ J. Matthew Goodin

CHI1 1501204v.1