### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 08 CV 2154 |
| ) | |
| COPIAGUE FUNDING CORPORATION, et al., ) | Honorable Robert W. Gettleman |
|     Defendants. ) | |

## NOTICE OF MOTION

TO:   Mr. Al Hofeld, Jr.                         J. Matthew Goodin
        Law Offices of Al Hofeld, Jr., LLC       Locke Lord Bissell & Liddell LLP
        208 South LaSalle Street, Suite 1650    111 South Wacker Drive
        Chicago, IL 60604                             Chicago, IL 60606

      PLEASE TAKE NOTICE that on Wednesday, June 25, 2008 at 9:15 a.m., I shall appear before the honorable Judge Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendant Copiague Funding Corporation's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, a copy of which is attached hereby and hereby served upon you.

                                              COPIAGUE FUNDING CORPORATION

                                              By:      /s/ John P. Duggan
                                                         one of its attorneys

JOHN P. DUGGAN
DUGGAN LAW OFFICES
181 S. Lincolnway
North Aurora, IL 60542
Telephone: (630) 264-7893
Fax: (630) 264-1310
Computer Fax: (877) 300-7451
Cell: (630) 222-2223
e-mail: dugganjpd@aol.com
ARDC No. 688223

## **CERTIFICATE OF SERVICE**

I, John P. Duggan, certify that on June 20, 2008, I had a true copy of the preceding document filed with the Court and served via the Court's electronic filing system.

                                                            /s/ John P. Duggan