# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lee D. West, et al.

                                Plaintiff,

v.                                                        Case No.: 1:08−cv−02154
                                                         Honorable Robert W. Gettleman

Copiague Funding Corporation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion to dismiss [16] is withdrawn; Motion to dismiss [19] is withdrawn; Motion to withdraw [21] is granted; Motion hearing held on 6/25/2008 regarding said motions. Plaintiff is given leave to refile exhibits to the amended complaint. Defendants' response to the amended complaint is due by 7/25/2008. Status hearing set for 7/30/2008 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.