IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEE D. WEST and LYNN M. WEST, On behalf of themselves and the classes defined herein, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2154 |
| vs. | ) ) | |
| COPIAGUE FUNDING CORPORATION, d/b/a, SOUTH SHORE MORTGAGE COMPANY; IRENE SCHATZ; HOMECOMINGS FINANCIAL NETWORK, INC.; | ) ) ) ) ) | Judge Gettleman |
| HOMECOMINGS FINANCIAL, LLC; AURORA LOAN SERVICES, LLC; BANK OF AMERICA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-5, | ) ) ) ) ) ) | Judge Schenkier |
| Defendants. | ) ) | **JURY DEMAND** |

**NOTICE OF F.R.C.P. 41(a)(1)(i) DISMISSAL OF CLASS ALLEGATIONS
AND CERTAIN COUNTS**

Pursuant to F.R.C.P. 41(a)(1)(i), plaintiffs in the above-captioned action hereby voluntarily dismiss all class allegations, without prejudice. Further, plaintiffs voluntarily dismiss, with prejudice, plaintiffs' counts II, III and IV in their entirety and as to all defendants. Finally, plaintiffs voluntarily dismiss, with prejudice, the allegations upon which Counts II – IV are based, namely, paragraph nos. 36, 39, 53, 54, 55 and 56 of plaintiffs' Amended Complaint. No class has been certified in this action and, therefore, Rule 23(e) of the Federal Rules of Civil Procedure does not apply. All of the requirements of a F.R.C.P. 41(a) dismissal are met. The parties shall bear their own fees and costs.

1

        Respectfully submitted,

        s/Al Hofeld, Jr.
        Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project, Inc.,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

    I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on July 22, 2008, service of the foregoing ***Notice of F.R.C.P. 41(a)(1)(i) Dismissal of Class Allegations and Certain Counts*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

        s/Al Hofeld, Jr.
        Al Hofeld, Jr.

3