**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEE D. WEST and LYNN M. WEST, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 2154 |
| | ) | |
| COPIAGUE FUNDING CORPORATION, etc., et al., | ) | Hon. Robert W. Gettleman |
| | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

TO:   Mr. Al Hofeld, Jr.
        Law Offices of Al Hofeld, Jr. LLC
        208 South LaSalle Street, Suite 1650
        Chicago, Illinois  60604

        PLEASE TAKE NOTICE that on Tuesday, July 30, 2008 at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Joint Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiffs' Amended Complaint, a copy of which is attached hereby and hereby served upon you.

                                HOMECOMINGS FINANCIAL, LLC,
                                AURORA LOAN SERVICES and
                                MORTGAGE ELECTRONIC SYSTEMS, INC.

                                By:   /s/ J. Matthew Goodin
                                        One of Their Attorneys

J. Matthew Goodin
Christine E. Obrochta
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0472
Fax:  312-896-6472
Email: jmgoodin@lockelord.com

## <u>CERTIFICATE OF SERVICE</u>

I, J. Matthew Goodin, certify that on July 24, 2008, I had a true copy of the preceding document filed with the Court and served via the court's electronic filing system.

     /s/ J. Matthew Goodin

CHI1 1511650v.1