## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) Case No. 08 C 2154 |
| | ) |
| COPIAGUE FUNDING CORPORATION, etc., et al., | ) Hon. Robert W. Gettleman |
| | ) |
| | ) |
| Defendants | ) |

## **CORRECTED NOTICE OF MOTION**

TO:   Mr. Al Hofeld, Jr.
      Law Offices of Al Hofeld, Jr. LLC
      208 South LaSalle Street, Suite 1650
      Chicago, Illinois  60604

   PLEASE TAKE NOTICE that on Tuesday, July 29, 2008 at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Joint Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiffs' Amended Complaint, a copy of which is attached hereby and hereby served upon you.

                              HOMECOMINGS FINANCIAL, LLC,
                              AURORA LOAN SERVICES and
                              MORTGAGE ELECTRONIC SYSTEMS, INC.

                              By:   /s/ J. Matthew Goodin
                                    One of Their Attorneys

J. Matthew Goodin
Christine E. Obrochta
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0472
Fax:  312-896-6472
Email: jmgoodin@lockelord.com

CHI1 1511889v.1

## **CERTIFICATE OF SERVICE**

  I, J. Matthew Goodin, certify that on July 24, 2008, I had a true copy of the preceding document filed with the Court and served via the court's electronic filing system.

                /s/ J. Matthew Goodin

CHI1 1511889v.1