# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEE D. WEST and LYNN M. WEST, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 08 CV 2154 |
| ) | |
| COPIAGUE FUNDING CORPORATION, et al., ) | Honorable Robert W. Gettleman |
|     Defendants. ) | |

## CONCURRENCE TO AGREED MOTION TO EXTEND TIME

Defendant, Copiague Funding Corporation, by its counsel, John P. Duggan, Duggan Law Offices, concurs in the Agreed Motion to Extend Time to and including August 8, 2008, which Motion is scheduled before the Court for July 29, 2008 at 9:15 am.

WHEREFORE, Defendant, Copiague Funding Corporation, respectfully request entry of an order allowing Defendant up to and including August 8, 2008 to answer or otherwise plead in response to Plaintiffs' complaint.

                              COPIAGUE FUNDING CORPORATION

                              By:    /s/ John P. Duggan
                                       one of its attorneys

JOHN P. DUGGAN
DUGGAN LAW OFFICES
181 S. Lincolnway
North Aurora, IL 60542
Telephone: (630) 264-7893
Fax: (630) 264-7893; Computer Fax: (877) 300-7451
Cell: (630) 222-2223
e-mail: dugganjpd@aol.com
ARDC No. 688223

## CERTIFICATE OF SERVICE

I, John P. Duggan, certify that on July 24, 2008, I had a true copy of the preceding document filed with the Court and served via the Court's electronic filing system.

                                        /s/ John P. Duggan