**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEE D. WEST and LYNN M. WEST, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 2154 |
| | ) | |
| COPIAGUE FUNDING CORPORATION, | ) | Hon. Robert W. Gettleman |
| etc., et al., | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF MOTION

TO:    Mr. Al Hofeld, Jr.
      Law Offices of Al Hofeld, Jr. LLC
      208 South LaSalle Street, Suite 1650
      Chicago, Illinois  60604

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008 at 9:00 a.m., I shall appear before the Honorable Robert W. Gettleman in Room 1703 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Certain Defendants' Motion to Dismiss Amended Complaint, a copy of which is attached hereby and hereby served upon you.

                HOMECOMINGS FINANCIAL, LLC,
                AURORA LOAN SERVICES and
                MORTGAGE ELECTRONIC SYSTEMS, INC.

                By:    /s/ J. Matthew Goodin
                    One of Their Attorneys

J. Matthew Goodin
Christine E. Obrochta
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0472
Fax:  312-896-6472
Email: jmgoodin@lockelord.com
       cobrochta@lockelord.com

## <u>CERTIFICATE OF SERVICE</u>

I, J. Matthew Goodin, certify that on August 11, 2008, I had a true copy of the preceding

document filed with the Court and served via the court's electronic filing system.


_____/s/ J. Matthew Goodin_____